AO 91 (Rev 11/11) Criminal Complaint (approved by AUSA Priya T De Souza)   USAO No 18-122

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>WESLEY CRAWLEY<br>(dob ▓▓▓▓)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18-1744-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 30, 2018   in the county of   Philadelphia   in the   Eastern   District of   Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U S C. § 2113(a) | Knowingly and unlawfully by force and violence, and by intimidation, took, from employees of the PNC Bank, lawful currency of the United States, that is approximately $1,575 belonging to, and in the care, custody, control, management, and possession of the PNC Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation<br><br>In violation of Title 18, United States Code, Section 2113(a) |

This criminal complaint is based on these facts:

Please refer to the attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Faith Greenawalt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/31/2018

*Judge's signature*

City and state:   Philadelphia, Pennsylvania         Honorable Judge Linda K. Caracappa
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Faith E. Greenawalt, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since July 2013. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was assigned to the Counterintelligence squad where I investigated Counter Proliferation, among other violations.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging WESLEY CRAWLEY, date of birth (DOB) May 30, 1987, with a violation of Title 18, United States Code, Section 2113(a) (bank robbery).

3. On Tuesday, October 30, 2018, at approximately 9:57 a.m., an unknown black male, later identified as WESLEY CRAWLEY, robbed PNC Bank, 2200 Cottman Avenue, Philadelphia, Pennsylvania. The bank robber entered the bank branch and approached the victim teller. Believing him to be a customer, the victim teller greeted bank robber and the robber placed a demand note on the counter that stated, "I want the money in the draw no die packs or alarm!" After the victim-teller read the note, the robber stated "Yes, yes, no die packs." The victim teller, N.A., complied with the demands of the robber and provided approximately $1,575.

4. Immediately after the robbery, a customer in the bank, R.P., followed the bank robber out of the bank. R.P. trailed the robber who fled southbound on Horrocks Street. R.P. called 9-1-1 to report that the suspect had just robbed the PNC Bank and that R.P. was currently

1

following the suspect. As R.P. and the suspect approached the 7200 block of Souder Street, the suspect sat down next to a tree in a residential front yard.

5. At approximately 10:10 a.m., Philadelphia Police Department Officers Pomeroy and Pariseau, who were responding to the PNC Bank robbery, heard the dispatcher put out the description and location of the suspect that was provided by R.P. Officers Pomeroy and Pariseau then saw R.P. waving his arms in the air and pointing to an individual matching the aforementioned description who was sitting on the front steps of 7217 Souder Street. Officers Pomeroy, Pariseau, and Konstantinos then detained the suspect and placed the suspect into custody for further investigation. The suspect was later identified as CRAWLEY. R.P., who was still at that location, positively identified CRAWLEY as the individual whom had just robbed PNC Bank.

6. Philadelphia Police Department Officers then transported the victim-teller N.A. and two bank employee witnesses to 7217 Souder Street. All three bank employees positively identified CRAWLEY as the individual who had just robbed the PNC Bank. The officers placed CRAWLEY under arrest. As the officers walked CRAWLEY to the patrol wagon, CRAWLEY repeatedly said he was sorry. Officer Pomeroy asked CRAWLEY what he was sorry for and CRAWLEY stated, "I'm sorry if I hurt people. I robbed a bank on Castor Avenue on Thursday, the 26th, at 2:08 p.m." Law enforcement records showed that MT&T Bank on Castor Avenue had actually been robbed on the afternoon of Thursday, October 25, 2018.

7. At the time of CRAWLEY's arrest, officers seized $1,575 in United States Currency from CRAWLEY's pants pockets. This amount matches the exact amount stolen from the PNC Bank.

8. After the robbery, Philadelphia Police Department Officers and members of the Philadelphia Division Violent Crimes Task Force responded to the crime scene for processing. Once on scene, the victim and witnesses were interviewed, the video surveillance footage was obtained, and the original demand note was recovered. Witnesses described the robber as being a black male, short dreadlocks, dark complexion, approximately 6-feet tall, athletic build, mid-20s in age, and wearing a dark hooded sweatshirt. The victim-teller N.A. reported that she did not provide the suspect a GPS tracking device because N.A. assumed the suspect knew about the device and did not want the suspect to "pull" anything. After read the note and heard his demands, N.A. provided the suspect the cash because she felt threatened by him.

9. CRAWLEY was then transported to the Philadelphia Division of the Federal Bureau of Investigation, 600 Arch Street, 8th Floor, Philadelphia, Pennsylvania. Upon arrival, CRAWLEY was provided something to eat and drink and afforded the opportunity to utilize the restroom. CRAWLEY was then advised of his Miranda warnings via an FBI Advice of Rights form, which he subsequently signed and dated. CRAWLEY then provided a full confession to the October 25, 2018 robbery of M&T Bank, 6500 Castor Avenue, Philadelphia, Pennsylvania. In addition, CRAWLEY admitted that he committed the October 30, 2018 robbery of PNC Bank, 2200 Cottman Avenue, Philadelphia, Pennsylvania. The interview of CRAWLEY was visually and audibly recorded.

10. At the conclusion of the interview, CRAWLEY was shown a Wanted Flyer depicting a photograph of the suspect from the October 25, 2018 robbery of M&T Bank, a surveillance still shot from the M&T robbery, and a copy of the demand note used during the robbery of that M&T Bank. WESLEY CRAWLEY identified himself as the individual in the

3

Wanted Flyer and in the surveillance photograph, and admitted he wrote the demand note. CRAWLEY then signed and dated all three items.

11. CRAWLEY was also shown a PNC surveillance photograph from the robbery on October 30, 2018 and a copy of the demand note recovered from the PNC Bank robbery. CRAWLEY identified the individual depicted in the surveillance photograph as himself and admitted he wrote the demand note. CRAWLEY subsequently signed and dated the two items.

12. CRAWLEY also admitted the green Nike zip-up hooded sweatshirt he was currently wearing was the same sweatshirt he wore during both the M&T Bank robbery and the PNC Bank robbery.

13. The deposits of the PNC Bank are insured by the Federal Deposit Insurance Corporation (FDIC) and were insured by the FDIC at the time of the aforementioned robbery described above.

14. Because of the aforementioned facts, your affiant believes there is probable cause to charge CRAWLEY with the October 30, 2018 robbery of PNC Bank, 2200 Cottman Avenue, Philadelphia, PA, in violation of Title 18, United States Code, Section 2113(a) (bank robbery).

FAITH E. GREENAWALT
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 31st day of October, 2018

HONORABLE LINDA K. CARACAPPPA
United States Magistrate Judge

4